IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KEVIN C. HERSHMAN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 16-CV-130<br><br>**Motion for 28 U.S.C. § 2255(a) Relief Based Upon *Johnson v. U.S.*, 135 S.Ct. 2551 (2015)** |

COMES NOW petitioner, pursuant to 28 U.S.C. § 2255(a), and hereby respectfully asserts that his sentence is unconstitutional in light of the United States Supreme Court decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), voiding the residual clause of the Armed Career Criminal Act as unconstitutionally vague.

Pursuant to this court's administrative order of April 20, 2016, petitioner prays that full briefing and disposition of his claim be stayed until January 2, 2017, or until further motion of the parties.

(See attached consent form, authorizing this pleading.)

/s/ James F. Whalen
JAMES W. WHALEN
FEDERAL PUBLIC DEFENDER
400 Locust Street
Suite 340, Capital Square
Des Moines, IA 50309-9610
TELEPHONE: (515) 309-9610
TELEFAX: (515) 309-9625
E-MAIL: jim_whalen@fd.org

CERTIFICATE OF SERVICE
I hereby certify that on April 26, 2016, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
          /s/ Theresa McClure

## Consent to Release of Information

United States v. Kevin C. Hershman

Case No.: 1:10-cr-0054

I, Kevin C. Hershman, Defendant in the above-referenced case, hereby consent and authorize James Whalen, Iowa Federal Public Defender, 400 Locust, Suite 340, Des Moines, IA 50309 (hereinafter "lawyer") to do the following on my behalf:

1. To file any motions or other pleadings needed to obtain and review all documents and other information related to the sentence imposed upon me in the above-referenced case, including but not limited to the presentence report, sentencing memoranda, sentencing transcript, and statement of reasons, whether or not any such document is under seal or otherwise not available to the public; and

2. To obtain and review all documents and other information related to the sentence imposed upon me in the above-referenced case for the purpose of evaluating whether I may be eligible for relief under *Johnson v. United States*, 135 S.Ct. 2251 (2015), and, if I may be eligible, to assist me in filing a motion under 28 U.S.C. §2255 or seeking other appropriate post-conviction relief.

_____  20804-086  11-8-15
Defendant's Signature     Reg. No.   Date